**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tyesha N. Pollard                               CHAPTER 13
                                Debtor(s)
                                                       BKY. NO. 14-18778 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                                           Respectfully submitted,
                                           **/s/ Rebecca A. Solarz Esquire**
                                           Rebecca A Solarz, Esquire
                                           Kevin G. McDonald, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322