United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tyesha N. Pollard  
    Debtor

Case No. 14-18778-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 18, 2021      Form ID: 138NEW      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Tyesha N. Pollard, 309 No. Horton Street, Philadelphia, PA 19139-1121 |
| 13416529 | + | A.E.S./P.H.E.A.A., 1200 North 7th Street, P.O. Box 8183, Harrisburg, PA 17105-8183 |
| 13812837 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 13416533 | | HFC/HSBC Bank, Consumer Bankruptcy Department, 961 Weigel Drive, Elmhurst, IL 60126-1058 |
| 13416536 | + | Macys Credit Services, GE Capital Consumer Card Co., P.O. Box 8260, Mason, OH 45040-5260 |
| 13438521 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14514326 | + | PNC BANK NATIONAL ASSOCIATION, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14514256 | + | PNC BANK NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13416538 | + | Philadelphia Gas Works, Bankruptcy Unit, P.O. Box 3500, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13485104 | | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |
| 13416542 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp., Bankruptcy Dept., 19001 South Western Avenue, P.O. Box 2958, Torrance, CA 90509-2958 |
| 13416541 | + | Toyota FSB, P.O. Box 108, St. Louis, MO 63166-0108 |
| 13422917 | | Toyota Motor Credit Corporation (TMCC), PO BOX 8026, Cedar Rapids, Iowa 52408-8026 |
| 13538524 | + | U. of P. Federal Credit Union, c/o Edward L. Berger, Esquire, Gordin & Berger, P.C., 1760 Market Street, Suite 608, Philadelphia, PA 19103-4199 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13455558 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 19 2021 01:51:38 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13416530 | + | Email/Text: bnc-applied@quantum3group.com | May 19 2021 01:59:00 | Applied Card Bank, Recovery Department, 3rd Floor, 800 Delaware Avenue, Wilmington, DE 19801-1363 |
| 13469139 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:59:00 | CERASTES, LLC, C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13508843 | + | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 3 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | | Total Noticed: 32 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13416531 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:51:25 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13429210 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:55:08 | Department Stores National Bank/Macys, Bankruptcy Processing, Po Box 8053, Mason, OH 45040 |
| 13416532 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:55:07 | Federated Department Stores, Bankruptcy & Credit Services, 9111 Duke Boulevard, Suite 100B, Mason, OH 45040-8909 |
| 13416534 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2021 01:49:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13416537 | Email/Text: bankruptcygroup@peco-energy.com | May 19 2021 01:49:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # N3-2, Philadelphia, PA 19103-1338 |
| 13425865 | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2021 01:49:00 | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101 |
| 13416540 | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2021 01:49:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |
| 13438310 | Email/Text: ecfbankruptcy@progleasing.com | May 19 2021 01:58:00 | Prog Finance LLC, 10619 South Jordan Gateway, #100, South Jordan Utah 84095 |
| 13416539 + | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 13455982 | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:49:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13416543 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 19 2021 01:49:00 | Verizon Communications, Bankruptcy Department, 404 Brock Drive, Bloomington, IL 61701-2654 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 13416535 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Office of District Counsel, 701 Market Street, Suite 2200, Philadelphia, PA 19106-1533 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021        Signature:    /s/Joseph Speetjens

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 32 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| RONALD G. MCNEIL | on behalf of Debtor Tyesha N. Pollard r.mcneil1@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tyesha N. Pollard
      Debtor(s)

Bankruptcy No: 14−18778−mdc
Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

            900 Market Street
            Suite 400
            Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                          For The Court
                                          Timothy B. McGrath
                                          Clerk of Court

Dated: 5/18/21

                                                                     110 − 109
                                                                   Form 138_new