Certificate Number: 15317-PAE-DE-035726974

Bankruptcy Case Number: 14-18778



15317-PAE-DE-035726974

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 2, 2021</u>, at <u>9:03</u> o'clock <u>PM PDT</u>, <u>Tyesha N Pollard</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>June 2, 2021</u>          By:   <u>/s/Jennieca Laud</u>

                                                       Name:  <u>Jennieca Laud</u>

                                                       Title:  <u>Credit Counselor</u>