UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No. 14 - 18778 |
| Tyesha N. Pollard | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Magdeline D. Coleman |
| | : | |

## CERTIFICATE OF NO RESPONSE

Pursuant to Rule 9014-3(j) of the Local Bankruptcy Rules, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Motion for Withdrawal of Unclaimed Funds and its Notice of Hearing were served upon all interested parties via electronic means, via hand delivery and/or via first class postage prepaid on June 17, 2021, that more than fourteen (14) days have past since the service of this notice, and that no answer and/or objection has been filed.

Respectfully submitted,

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: July 9, 2021
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
r.mcneil1@verizon.net