UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                           Case No.  14 - 18778
   Tyesha N. Pollard                                          (Chapter 13)
       Debtor.
                                      Hon. Magdeline D. Coleman

ORDER

AND NOW, upon consideration of Debtor's Motion for Withdrawal

of Unclaimed Funds, and after a hearing therefor, it is hereby ORDERED

that

a)     Debtor's Motion for Withdrawal of Unclaimed Funds
        is GRANTED;

b)     The Bankruptcy Court's Clerk shall mail a
        check for $496.22 to Debtor.

DATE:  July 27, 2021         BY THE COURT

                                                  _Magdeline D. Coleman_
                                         MAGDELINE D. COLEMAN
                                        CHIEF U.S. BANKRUPTCY JUDGE